IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRYANT ARREY | : | CIVIL ACTION |
| | : | |
| v. | : | No. 24-0589 |
| | : | |
| OFFICER JONATHAN ZEBLEY | : | |

# **ORDER**

AND NOW, this 5th day of February, 2025, upon consideration of Defendant Officer Jonathan Zebley's Motion to Dismiss Plaintiff's Third Amended Complaint (ECF No. 47) and Plaintiff Bryant Arrey's response thereto—and for the reasons set forth in the accompanying Memorandum—it is ORDERED the Motion is GRANTED IN PART and DISMISSED IN PART.

It is FURTHER ORDERED Zebley is to file his answer by **February 19, 2025.**

BY THE COURT:

 /s/ Juan R. Sánchez
Juan R. Sánchez, J.