IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRYANT OBEN ARREY | : | CIVIL ACTION |
| | : | |
| v. | : | No. 24-589 |
| | : | |
| OFFICER JONATHAN ZEBLEY | : | |

## **ORDER**

AND NOW, this 10th day of November, 2025, upon consideration of Defendant Jonathan Zebley's Motion for Summary Judgment (Dkt. No. 60), Plaintiff Bryant Arrey's Motion for Leave for Leave to File Sur-Reply (Dkt. No. 68), the briefings on the Motions, oral arguments that occurred on November 3, 2025, and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED:

1. Defendant Jonathan Zebley's Motion for Summary Judgment (Dkt. No. 60) is DENIED.

2. Plaintiff Bryant Arrey's Motion for Leave to File Sur-Reply (Dkt. No. 68) is DENIED as MOOT.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.